# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 24, 2014

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711


      Re:  Tommie Melvin Banks
          v. Texas
          No. 14-7715
          (Your No. WR-71,357-05)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 15, 2014 and placed on the docket December 24, 2014 as No. 14-7715.




Sincerely,

Scott S. Harris, Clerk

by

Jacob C. Travers
Case Analyst







RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 3 0 2014

Abel Acosta, Clerk